FILED by YH D.C.

**Sep 28, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 18-20785-CR-HUCK/MCALILEY

CASE NO. _____

18 U.S.C. § 1425(a)
18 U.S.C. § 982(a)(6)

**UNITED STATES OF AMERICA**

vs.

**RAFAEL ERENIO IZQUIERDO,**

   **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

On or about September 30, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

### RAFAEL ERENIO IZQUIERDO,

did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for himself, in violation of Title 18, United States Code, Section 1425(a).

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RAFAEL ERENIO IZQUIERDO**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1425(a), as alleged in this Indictment, the defendant, **RAFAEL ERENIO IZQUIERDO**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense; (b) any property,

real or personal, that constitutes or is derived from or is traceable to the proceeds which the defendant obtained, directly or indirectly, from the commission of such offense; and (c) any property, real or personal, that was used, or intended to be used, to facilitate the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MONICA M. BEAMER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | |
| **RAFAEL ERENIO IZQUIERDO,** | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **Defendant.** | |
| _____ / | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)         Yes _____   No X ____
Number of New Defendants
Total number of counts         _____

| | | | |
|---|---|---|---|
| _x_ | Miami | _____ | Key West |
| _____ | FTL | _____ WPB | ___FTP |

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     Yes
     List language and/or dialect     Spanish

4.   This case will take     2-3     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0   to 5 days | X | Petty | | |
| II | 6   to 10 days | | Minor | | |
| III | 11  to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | X | |
| V | 61 days and over | | | | |

(Check only one)

6.   Has this case been previously filed in this District Court?   (Yes or No)   No
If yes:
Judge:                                   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)   No
If yes:
Magistrate Case No.
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   August 6, 2018
Defendant(s) in state custody as of
Rule 20 from the District of
Is this a potential death penalty case? (Yes or No)     No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes _____   No   X

_Monica M Beamer_
MONICA M. BEAMER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501941

\*Penalty Sheet(s) attached                                                   REV 5/3/17

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendants' Names:** RAFAEL ERENIO IZQUIERDO

**Case No:**

Count #: 1

Procuring Citizenship or Naturalization Unlawfully

Title 18, United States Code, Section 1425(a)

**\*Max. Penalty:** 10 Years' Imprisment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**